UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH, | No. 2:23-cv-2423 AC P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a county prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  However, though petitioner has filed an in forma pauperis application, the certificate portion that is to be completed by a jail officer has not been completed.  See Habeas Rule 3(a)(2).  Petitioner has indicated on the form that jail officials refused to sign the certification.  ECF No. 2 at 2.  Petitioner will be provided an opportunity to submit another application that includes the required certification.  Alternatively, he may provide a certified copy of his jail trust account statement.  If jail officials refuse to provide the required certification, petitioner should show them a copy of this order to show that he is required to provide the requested documentation to the court.  If petitioner continues to have difficulties obtaining the required certification or certified statement, he may file a motion requesting assistance of the court.  Any such motion must include an explanation of what steps petitioner has

////

1

taken to obtain the documentation and copies of any requests for and denials of the requested certification or certified statement.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days of service of this order, petitioner shall file either a completed application to proceed in forma pauperis that includes the completed certification by jail staff or a certified copy of his jail trust account statement; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: October 26, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE