UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF CALIFORNIA,<br><br>　　　　　Respondent. | No. 2:23-cv-2423 AC P<br><br>ORDER |

By an order filed October 27, 2023, petitioner was ordered to file either a completed in forma pauperis application that included the completed certification by jail staff or a certified copy of his jail trust account statement. ECF No. 4. The thirty-day period has now expired, and petitioner has not submitted the required paperwork or otherwise responded to the court's order. Petitioner will be given one final opportunity to submit the necessary paperwork.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, petitioner shall submit either a completed application to proceed in forma pauperis that includes the completed certification by jail staff or a certified copy of his jail trust account statement. Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.

DATED: December 15, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE