UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH, | No. 2:23-cv-2423 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF CALIFORNIA, | |
| Respondent. | |

Petitioner is a former county prisoner proceeding pro se with a habeas corpus petition filed pursuant to 28 U.S.C. § 2254. On February 14, 2025, respondent filed a motion to dismiss the petition. ECF No. 16. Petitioner has not opposed the motion.

Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days after the filing date of this order, petitioner shall file and serve an opposition or statement of non-opposition to the pending motion to dismiss. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute without further warning, pursuant to Federal Rule of Civil Procedure 41(b).

DATED: April 3, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1