1
2
3
4
5
6
7
8                            UNITED STATES DISTRICT COURT
9                         FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   RAGHVENDRA SINGH,                          No. 2:23-cv-2423 TLN AC P
12                  Petitioner,
13          v.                                  ORDER
14   PEOPLE OF CALIFORNIA,
15                  Respondent.
16
17          On February 14, 2025, respondent moved to dismiss this case. ECF No. 16. After

18   petitioner failed to respond to the motion, the court provided him an additional twenty-one days

19   to file a response. ECF No. 18. Petitioner proceeded to file an opposition to the motion to

20   dismiss in which he stated he had not received a copy of the motion. ECF No. 19. Respondent

21   asserts that petitioner's claim he did not receive the motion is refuted by his arguments against

22   one of the grounds for relief stated in the motion to dismiss. ECF No. 20 at 2.

23          Although petitioner does address one of respondent's arguments for dismissal,[1] in light of

24   his representation that he did not receive the motion to dismiss, respondent will be required to re-

25   serve the motion and petitioner will be given an opportunity to file a supplemental opposition.

---

[1] Petitioner filed another habeas petition in this court, Singh v. Macomber, 2:23-cv-2804 WBS EFB, which was dismissed as duplicative of this action. Respondent in that case filed a motion to dismiss on similar grounds to the one filed in this action, which may have been the basis for petitioner's opposition in this case.

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. Within fourteen days of this order, respondent shall re-serve petitioner with a copy of the motion to dismiss and file the certificate of service; and

4       2. Petitioner shall have twenty-one days from re-service of the motion to file a supplemental opposition. In the event petitioner files a supplemental opposition, respondent may reply within fourteen days.

DATED: May 20, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE